12/15/21, 10:52 AM                                                  Privacy Policy | TTEC



REQUEST A DEMO

# Privacy Policy

## General

This **privacy** statement (together with any additional data **privacy** notices on our JOB SITES or in targeted e-mails) explains how TTEC Holdings, Inc. and its subsidiaries (collectively "TTEC") collects and uses the personal data of applicants for employment, clients and business contacts, including visitors to our websites. Any changes we may make to our **privacy** statement in the future will be posted on this page.

In plain language - we are committed to maintaining your **privacy** while providing you services and by creating a valuable, robust website to provide you with an effortless customer experience, as well as customized services and information. For purposes of this **Privacy** Policy, TTEC shall include these TTEC branded companies and all of the other members of the TTEC family of companies, including the following:

First Call Resolution
Motif
Serendebyte INC
TTEC Branded Companies:
TTEC Services Corporation
TTEC Healthcare Solutions
TTEC@Home, LLC
TTEC Financial Services Management, LLC
TTEC Digital, LLC

If you have any questions now or during your visit, please contact us at **privacy**@ttec.com. We will post any changes to this **privacy** statement on our website. This **privacy** statement is effective 6/22/2020.

## Your **privacy** on TTEC's websites

The primary purpose of TTEC's website is to be a dynamic resource and business tool to help you learn more about TTEC. We want you to feel secure when visiting our website and are committed to maintaining your **privacy** when doing so.

## What personal data do we collect?

Personal data is information that identifies you as an individual. TTEC collects certain types of personal data at https://www.ttec.com (our "website") and offline in connection with the services we provide.

We collect personal data from you, such as your name, postal address, telephone number, e-mail address, credit card number or other payment account number, only when you voluntarily provide it to us. In order for you to take advantage of particular

opportunities provided by us (for example, to subscribe to our newsletter, request information from us), we may require that you furnish personal data.

TTEC collects information at its website in two ways: (1) directly (for example, when you provide information to sign up for a newsletter or register to comment on a forum website); and (2) indirectly (for example, through our website's technology).

We may collect and process the following information:

- Information that you provide by filling in forms on our website. This includes subscribing to services, newsletters and alerts. Pages that collect this type of information may provide further information as to why your data is needed and how it will be used. It is completely up to you whether you want to provide it.
- If you contact us, we may keep a record of that correspondence.
- We may ask you to complete surveys that we use for research purposes, although you do not have to respond to them.
- Any postings, comments or other content that you upload or post to TTEC's website.
- Our website collects information about your computer, including (where available) your IP address, operating system and browser type, for system administration, to filter traffic, to look up user domains and to report on statistics.
- Details of your visits to our website, the pages you view and resources you access or download, including but not limited to, traffic data, location data, weblogs and other communication data. Please see the Cookies section below for more information.

When this information relates to or identifies you, we will treat it as "personal data."

## How do we use information that we collect from the site?

We use personal data to provide you with information you request, process online job applications, and for other purposes which we would describe to you at the point where it is collected or which will be obvious to you. For example:

- To fulfill your requests for articles, newsletters or other content.
- For surveys or research questionnaires.
- To personalize your experience at our website.
- To contact you for marketing purposes where you have agreed to this.

## About Cookies

The term "cookie" refers to files downloaded from a website to your computer or mobile device. Cookies enable us to analyze your activities on our website. We use cookies to better understand our visitors experience with our website.

This information helps us improve our website by monitoring the website's technical performance, page usability, and measuring effectiveness of promotional campaigns. We do not use cookies to retrieve information from your computer that was not originally sent in the cookie.

In most modern web browsers, you can control the use of cookies within the browser preferences settings to disable cookies or to alert you when cookies are being sent.

For more information about changing the cookie settings in your web browser, refer to your specific browser's preferences or help section. Disabling cookies may negatively impact your experience on our site.

Most modern mobile operating systems provide mobile advertising identifiers for mobile devices. The mobile operating systems usually include built-in settings to express privacy preferences for online advertising across applications. Refer to the help or settings section of your mobile device for additional information.

You can also turn off ads personalization from participating ad networks via Your AdChoices, powered by Digital Advertising Alliance, located here: http://optout.aboutads.info.

For additional information about disabling or opting out of specific cookies we use, see details related to individual cookies in "Types of Cookies We Use" and "Details About the Main Cookies our Website Uses" below, or for a full technical list of all the cookies our website implements, view our cookie declaration page here: www.ttec.com/privacy-policy/cookie-declaration.

### Do Not Track Requests

You may also update your browser preferences to send a "Do Not Track" (DNT) request. However, different services and platforms, including third-party statistics and marketing cookies on our website, respond to Do Not Track requests differently, as outlined in their privacy policies. As a result, our website does not respond to Do Not Track signals.

### Types of Cookies We Use

Our website implements a small number of necessary cookies to all website visitors at the time of initial page load in order to provide basic website functionality, site navigation, regional specific content and language preferences, and server load balancing and authentication and to initiate cookie consent opt-in functionality in countries where such consent is required.

Our website implements additional cookies for preferences, statistics, and marketing purposes. In countries where opt in consent is not required, these additional preferences, statistics, and marketing cookies are loaded automatically along with the necessary website functionality cookies at the time of the initial web page load.

In countries where cookie opt in consent is required prior to loading of non-necessary cookies, visitors are informed of ttec.com's privacy policy and use of cookies via an alert notification during their visit to the website. Only after consent is explicitly given by clicking on the "accept" button are the non-necessary cookies (preferences, statistics, and marketing cookies) loaded onto the visitor's computer and browser. After explicit consent is given, the visitor's consent status will be stored for a period of one year and the alert notification will no longer appear during that or subsequent visits to ttec.com. The visitor may change their consent status at any time by clicking the "Change your consent" or "Withdraw your consent" buttons on our Cookie Declaration page.

### Details About the Main Cookies our Website Uses

Below are additional details about the main cookies our website uses, including opt out information, if applicable.

### CookieBot

We use Cookiebot, a self-serve cloud service provided by the ePrivacy company Cybot. Cookiebot is a cookie and online tracking consent solution that complies with the consent and information requirements of the EU ePrivacy Directive 2009/136/EC and the General Data Protection Regulation (GDPR). Upon initial page load, CookieBot initiates website necessary cookies to implement Real-time Geo Targeting and to store the visitor's cookie consent status for the current domain, for a period of one year. Cookiebot also provides cookie notification to California residents in compliance with the California Consumer Privacy Act (CCPA).

## Google Analytics

We use Google Analytics, a web analytics service provided by Google, Inc., as our processor of website analytics data. Google Analytics adds a anonymized cookie (_ga) with a randomly-generated ClientID in your browser. We use this information to improve our website performance and analyze the on-page activity with our web content, including the number of visitors, the websites visitors have come from, the pages they visit, and if they are a new or returning visitor. Due to the various statistical purposes of the Google Analytics cookies, the expiration dates range from 30 seconds to 2 years after the cookie loads.

In addition, on this website IP anonymization has been activated to disassociate the data Google Analytics collects and stores from any personally identifiable information. For more information, see Google Analytics' page on IP Anonymization here: https://support.google.com/analytics/answer/2763052?hl=en.

If you would prefer to opt out of being included in Google Analytics data, Google provides a Google Analytics Opt Out browser add on. To learn more about this Google Analytics Opt Out tool and to install in your browser, visit the google tools page here: https://tools.google.com/dlpage/gaoptout.

## Google Remarketing

We do not feature or present advertising on our website, but we utilize Google Remarketing technology to occasionally present our ads on other websites.. Based on your prior visits to our website, TTEC branded ads and content may be presented to you when you visit other websites (websites within the Google content network). You can disable this feature by making the appropriate settings here: https://adssettings.google.com

## Pardot Campaign Tracking

Pardot Campaign Tracking ("PCT") cookies remember preferences such as form field values and subscription preferences when a visitor fills out a Pardot form on our website and returns to our website later. Prior to a form being filled out, PCT cookies store only an anonymous, unique visitor ID and the unique identifier for our Pardot account. The anonymous PCT cookie is stored in a user's browser until a user deletes the cookie or the cookie expires after 10 years. If you complete submission of a Pardot form on our website during the same session or during a later website session, the anonymous, unique visitor ID then becomes associated with any personally identifiable information you submit in the form.

Pardot forms on our website include fields for the visitor to fill out and consist of standard business contact information (such as name, job title, company name, and business email). Depending on the type of form, additional fields such as "comments" or the ability to opt into specific types of email subscriptions may be listed. In all cases, the Pardot form, the fields to enter personally identifiable information, and the submit button of that information are all clearly labeled. You can learn more about updating your email preferences, including unsubscribing from email subscriptions

here, as well as the types of email content from us you can choose to subscribe to here.

If you wish to opt out of the PCT cookie, update the settings in your browser preferences section to either clear the cookie if already present or to keep cookies from installing. If you have previously completed a Pardot form on our website and would like all of the information associated with your unique visitor ID removed, please email privacy@ttec.com to request we delete your Pardot record. Once your Pardot record is deleted, we will keep only a record of your request of deletion, including date of request and date of record removal.

## Bombora Visitor Insights

We utilize Bombora Visitor Insights and are a member of Bombora's B2B Data Cooperative (Data Co-op). As a data co-op member, we share with Bombora via cookie on our website IP address (which is anonymous and converted to company URL), engagement metrics, and topics. The topics (based on Bombora's B2B taxonomy) are attributed to company name. Bombora aggregates the data with data shared by other members and anonymizes the data before sharing it with members. To request a copy of your Platform and/or Business data from Bombora, please click here: https://privacyportal-cdn.onetrust.com/dsarwebform/662170ba-e8a7-486d-83f0-18df819c7d01/30097882-a6d2-4336-960d-5943489b1f34.html.

## LinkedIn Insight Tag

We use the LinkedIn Insight Tag to analyze web traffic from LinkedIn to our website and performance of TTEC advertising that we place on LinkedIn. The LinkedIn Insight Tag creates a unique LinkedIn browser cookie on a visitor's browser and enables the collection of metadata (such as IP address, timestamp, and page events), and LinkedIn demographic information if there is also an active LinkedIn.com member cookie present. LinkedIn does not sell your personal information. In addition, The IP addresses are truncated or (when used for reaching members across devices) hashed, and LinkedIn does not share the personal data, it only provides reports (which do not identify you) about the website audience and ad performance. LinkedIn also provides retargeting for website visitors, enabling us to show personalized ads off our website by using this data, but without identifying the member.

The LinkedIn browser cookie is stored in a user's browser until a user deletes the cookie or the cookie expires in six months. To control or block the LinkedIn Insight Tag and cookie, change your browser cookie settings via your browsers preferences of settings, or opt out of the LinkedIn Insight Tag here: https://www.linkedin.com/psettings/guest-controls/retargeting-opt-out. In addition, both LinkedIn members and non-members can visit the Digital Advertising Alliance opt-out page and check the Drawbridge opt-out box: http://optout.aboutads.info/.

## SoundCloud

We use SoundCloud, a service provided by SoundCloud Limited, to embed and stream our Podcast directly onto our website. Soundcloud uses cookies to deliver, measure, and improve their audio platform. To learn more about how SoundCloud uses cookies, including details about opting out of analytics and advertising cookies, visit the Your Choices and Controls, Exercising Your EU Privacy Rights, and Notice To California Users sections on this page: https://soundcloud.com/pages/privacy

## Drift

We use Drift to enable our website chatbot and live chat functionality. Drift collects, processes and stores Personal Data about people who chat with us. Drift will only use the IP address for data enrichment, i.e. to determine if it is associated with a business and then provide additional company information such as industry and number of employees. Drift only uses cookies to track the activities of visitors within our website. Drift will not track users across domains or build profiles.

### DecisionLink Smart Web Calculator

We utilize DecisionLink for some web-based calculators on our website. In all instances of DecisionLink web calculators on this website, the fields to input data for calculation, the fields to input personally identifiable information, and the submit button of that information are all clearly labeled. When you complete a Smart Web Calculator and submit the accompanying form, each calculator generates an asset within DecisionLink ValueCloud's SOC 2 Type II compliant platform. To learn more about DecisionLink's privacy policies, view their full privacy statement here: https://www.decisionlink.com/privacy-statement. You may also request to review, correct, delete, or otherwise modify any of the personal information that you have provided to DecisionLink at any time by contacting support@DecisionLink.com.

### Terminus

The Terminus Technology uses Non-PII to target and serve relevant advertising to consumers and to perform attribution analysis or other analytics regarding advertising audiences. Terminus collects the following types of Account-Level Data: Company Name, Website, Company Address, Employee Count, Revenue Range, SIC & NAICS codes, Company Social Profiles, Latitude & Longitude, Stock Symbol, Company IP Address Ranges. Terminus may share aggregated, non-personal information with us in connection with reporting and accounting needs as well as with other unaffiliated third parties for various purposes such as statistical or educational analysis.

### Full list of cookies used on ttec.com

For a full technical list of all cookies used on ttec.com, including name, provider, purpose, and cookie duration before expiration, please view our cookie declaration page here: www.ttec.com/privacy-policy/cookie-declaration.

## Will we share your personal data with outside parties?

TTEC may have occasion to share personal data with third parties, including to send you email and/or newsletters that you request, to administer payroll and benefits on behalf of employees and to firms that perform analysis that we may use to improve our website or services. For employees and applicants, TTEC may share data with service providers including skill test administrators, payroll administrators, benefit providers and other companies that support the employment relationship. We will not sell personal data to third parties; however, we may provide your information to third parties in conjunction with the sale of all or part of our business.

TTEC may store, use, and disclose personal data as authorized or required by applicable law, including making disclosures that are necessary or advisable to: (1) protect the rights, health, safety, or property of TTEC or others; (2) allow for lawful security related investigations or law enforcement investigations including national security; and (3) comply with applicable laws, regulations, or other lawful requirements.

Except as stated above, TTEC will not transfer, exchange, license, sell, lease, or otherwise disclose your personal data without your approval; however, TTEC may

collect and/or provide aggregate statistics about TTEC's website and website visitors to other parties. We may transfer personal data to our contracted service providers and advisors who may be located in other countries. Before we do so, we take steps to ensure that your personal data will be given adequate protection as required by relevant data protection laws and TTEC's internal policies.

## What about sensitive personal data?

We do not generally seek to collect sensitive personal data through this site. In the limited cases where we do seek to collect such data, we will do this in accordance with local data privacy law requirements. If you choose to provide us with unsolicited sensitive personal data, you consent to our using the data, subject to applicable law as described in this privacy statement. The term "sensitive personal data" refers to the various categories of personal data identified by European and other data privacy laws as requiring special treatment, including in some circumstances the need to obtain explicit consent. These categories may include personal identity numbers, financial account information, racial or ethnic origin, political opinions, religious, philosophical or other similar beliefs, membership of a trade union or profession or trade association, physical or mental health, biometric or genetic data, sexual life, or criminal record (including information about suspected criminal activities). Sensitive personal data may be collected and used in the context of your employment application and relationship with TTEC, to provide you with services you request, or to perform analysis that we may use to improve our website or services and may be shared with our service providers for these purposes.

## What about data security?

We take reasonable steps to maintain the security of personal data collected via TTEC's websites. You should understand that the open nature of the Internet is such that information and personal data may flow over networks connecting you to our systems without security measures and may be accessed and used by people other than those for whom the data is intended.

Our site may, from time to time, contain links to and from the sites of our partner networks, advertisers and affiliates. If you follow a link to any of these sites, please note that these sites have their own privacy policies and that we do not accept any responsibility or liability for these policies or sites. Please check these policies before you submit any personal data to these sites.

## Where will your personal data be processed?

As a global organization with global IT systems, personal data we collect may be routed, stored, or transferred internationally throughout TTEC's worldwide organization including countries that may not provide the same level of privacy protection on the country where you live. We have internal policies in place to ensure an equivalent level of protection is in place across our organization.

## Retention of your data

We will retain your personal data for as long as needed to provide services to you and as further needed for us to comply with our global legal and contractual obligations.

## Your rights

You are entitled to know whether we hold personal data about you and, if we do, to have access to that personal data and require it to be corrected if it is inaccurate. In some circumstances, you may have the right to limit the use of your data or have your data deleted. You can do this by contacting us at privacy@ttec.com.

We do not collect or maintain information from those we actually know are under 13 years old and no part of our website or services is intended for anyone under 13 years of age. By using the website, you represent that you are 13 years of age or older.

## Participation in EU and Swiss Privacy Shield

TTEC complies with the EU-US Privacy Shield and Swiss-US Privacy Shield frameworks as set forth by the US Department of Commerce regarding the collection, use, and retention of personal information transferred from the European Union ("EU"), the United Kingdom or Switzerland to the United States in reliance on Privacy Shield. TTEC has certified to the U.S. Department of Commerce that it adheres to the Privacy Shield Principles ("Principles") with respect to all such information. If there is any conflict between the Principals and the language in this privacy statement, the Principles will govern. To learn more about the Privacy Shield program, and to view our certification, please visit https://www.privacyshield.gov.

TTEC enters into contracts with third parties it shares personal data with limiting how they use data and requiring them to process data in a manner consistent with the Principals. TTEC may be liable for a third party's violation of the Principals unless it is not responsible for the events giving rise to the violation.

Complaints related to this Privacy Policy may be submitted to TTEC at the email or mailing address set forth in the Contacting Us section of this privacy statement. For non-human resource information covered by the Principals, if a complaint is not satisfactorily addressed by TTEC within a reasonable time frame, you may contact JAMS. Employees located in the European Union may submit their unresolved disputes related to human resources data to the Data Protection Authority for their jurisdiction. If you have residual claims after contacting TTEC or JAMS, you may also have the right to participate in arbitration.

Please note that if your complaint is not resolved through these channels, under limited circumstances, a binding arbitration option may be available before a Privacy Shield Panel.

TTEC is subject to the investigatory and enforcement authority of the Federal Trade Commission.

## Notice for California Residents

For residents of California, Personal Information will also include information that identifies, relates to, describes, is capable of be being associated with or could reasonably be linked, directly or indirectly, with a particular individual or household.

## I have a question or complaint

If you can't find what you're looking for here, or have a concern about our use of your personal data, please by contact us at privacy@ttec.com.

## Contacting Us

If you have any questions regarding this privacy statement, please contact us by email at privacy@ttec.com, or please write to the following address:

Legal Department
TTEC Holdings, Inc.
9197 South Peoria Street
Englewood, Colorado 80112

TTEC will work with you to resolve any concerns you may have about this privacy statement. Please note that email communications will not necessarily be secure; accordingly, you should not include credit card information in your email correspondence with us.

Ready to accelerate your company's CX transformation?

## Let's Get Started

### Sign up for our eNewsletter

Learn about contact center best practices, industry trends, and innovative approaches to keep your customers ha

Email address*                                    Subscribe

9197 South Peoria Street
Englewood, CO, U.S.A
80112-5833

For General Inquiries:
+1.800.835.3832

Contact Us

 

| | |
|---|---|
| CXaaS | Company |
| CX Strategy | Careers |
| CX Technology | Investors |
| CX Outsourcing | Newsroom |
| Industries | Global Locations |
| Insights | Ethics Code |
| Outcomes | TTEC Modern Slavery St |
| Technology Ecosystem | Privacy Policy |
| Glossary | Site Map |

If you want to provide feedback about the accessibility of this website or you want discuss accommodations to help you use this we

© 2021 TTEC. All rights reserved.