**ttec**

P.O. Box 989728
West Sacramento, CA 95798-9728



| Credit Monitoring Enrollment |
| --- |
| To Enroll, Please Visit: |
| https://response.idx.us/dataservices |
| Enrollment Code: 3SA7SDLSGY |
| Enrollment Deadline: March 6, 2022 |



Kimberly Shears-Barnes
15 Porsche Dr
Cabot, AR 72023-8059

December 8, 2021

Dear Kimberly Shears-Barnes,

**TTEC understands the importance of protecting the information we hold, and the security of your information is a priority for us.**

As TTEC previously disclosed, the company detected and addressed a cyber security incident in September 2021. In connection with the incident, a thorough investigation was performed, and we recently learned that the incident involved some of your information. This notice explains the incident, outlines the measures TTEC has taken in response, and provides some additional steps you can take to protect your information.

As soon as TTEC learned about the cyber security incident, we immediately began an investigation, and cyber security firms that have assisted other organizations with similar matters were engaged. We also notified law enforcement and have been supporting their investigation.

We learned that there was unauthorized activity in our network between March 31, 2021 and September 12, 2021. During that time, an unauthorized actor obtained files stored on some of our servers. We completed a careful review of those files and other files on the servers on November 24, 2021 and determined that one or more of the files contained your name and Social Security number.

As a precaution, we are offering you credit monitoring and identity protection services through the company IDX at no cost to you. These identity protection services include one year of credit and CyberScan monitoring, a $1,000,000 insurance reimbursement policy, and fully managed identity theft recovery services. These services are completely free to you, and enrolling in this program will not hurt your credit score. **For more information on the services, including instructions on how to activate your complimentary one-year membership, please visit https://response.idx.us/dataservices or call 1-833-325-1779 and use the Enrollment Code provided above. Please note the deadline to enroll is March 6, 2022.** For more information on identity protection and steps you can take in response, please see the additional information provided with this letter.

We regret that this incident occurred and apologize for any inconvenience. To help prevent something like this from happening again, we have taken steps to enhance our security measures. If you have additional questions, please call 1-833-325-1779, Monday through Friday, between 7:00 a.m. and 7:00 p.m., Mountain Time.