

P.O. Box 989728
West Sacramento, CA 95798-9728


08973

Jolynn Frost
1901 N Wilmot Rd Apt 1036
Tucson, AZ 85712-3055

December 15, 2021

Dear Jolynn Frost:

Wellcare By Allwell received a notice from our vendor, TTEC Healthcare Solutions, Inc. ("TTEC"), that it had a cyber incident. This incident involved your information. As a precaution, this letter provides steps you can take to help protect your information. We take the privacy and security of your information very seriously. We sincerely regret any concern this may cause you.

## Why Does TTEC Have My Information

Wellcare By Allwell used TTEC to call members and support our operations.

## What Happened

On Oct. 27, 2021, TTEC informed Wellcare By Allwell that some of our member information was involved in a cyber incident. TTEC had the incident between March 4, 2021 and Sept. 12, 2021. During that time, an unauthorized actor viewed or downloaded our data files stored on TTEC's systems. Upon learning of the cyber incident, TTEC instantly took measures to contain the incident. They began an investigation. They engaged cyber security firms with experience in these matters. Law enforcement was notified, and TTEC worked to support its investigation.

The forensic investigation is now complete. Your information was included in the data files involved in this incident.

## What Information Was Involved

Your information involved in this incident included your name and one or more of the following types of information:
- Date of Birth
- Healthcare ID Number
- Clinical Information Including Diagnosis

## What We Are Doing

We have taken the following actions in response to this incident:

- Upon learning of this incident, we promptly activated our incident response plan. We analyzed the files involved in the incident so we could notify the members involved as quickly as possible.
- TTEC is working with law enforcement authorities, including the United States Federal Bureau of Investigation (FBI).

We are providing you with information about identity theft protection.

Y0020_WCM_92399E_C Internal Approved 12022021                              NA1WCMLTR92399E_0000

## What You Can Do

Please review the steps below you can take to protect your information.

1) Please review the "Additional Steps You Can Take" reference guide at the end of this letter. It describes more steps you can take to help protect yourself. It includes tips from the Federal Trade Commission about identity theft protection. It details how to place a fraud alert or a security freeze on your credit file.

2) Keep a copy of this letter for your records. This helps in case of any potential future problems with your health plan benefit or other records. Regularly review any statements you receive pertaining to your health plan benefits. If you see indications of any treatment or services that you believe you did not receive, please contact us immediately at number listed below.

## For More Information

The security of your information is important to us. We sincerely regret any inconvenience this incident may have caused you. For more information, or if you have any questions about this incident, please contact IDX® at 833-325-1780 (TTY 711). We are available from 9am – 9pm ET.

Sincerely,
TTEC Healthcare Solutions, Inc.