# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00097-PAB-NYW
    (Consolidated with Civil Action No. 22-cv-00347-NRN)

_____

Civil Action No. 22-cv-00097-PAB-NYW

YOLANDA BEASLEY,
KIMBERLY SHEARS-BARNES,
SHENEEQUA CARRINGTON, and
JOLYNN FROST, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

TTEC SERVICES CORPORATION,

    Defendant.

_____

Civil Action No. 22-cv-00347-PAB-NYW

DAVID ANDERSON, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

TTEC SERVICES CORPORATION,

    Defendant.

_____

## NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO
## VACATE EXISTING DEADLINES AND HEARINGS

_____

Plaintiffs Yolanda Beasley, Kimberly Shears-Barnes, Sheneequa Carrington, Jolynn Frost, and David Anderson ("Plaintiffs") and Defendant TTEC Services Corporation ("TTEC" or "Defendant"), by and through their respective undersigned counsel, hereby notify the Court that the parties have reached a settlement agreement in principle on a class-wide basis for all issues in

this case and the related actions pending against TTEC and Health Net, LLC in other jurisdictions.[1] The parties are in the process of reducing that agreement to writing to be set forth in a Settlement Agreement and hope that Plaintiffs will file a motion for preliminary approval of the Settlement Agreement by September 15, 2022.

## D.C.COLO.LCivR 7.1 CONFERRAL STATEMENT

Undersigned counsel have conferred and stipulate to the relief requested herein.

1. This action arises out of an alleged data security incident at TTEC.

2. The matter is a putative class action on behalf of those whose information was involved in the data security incident. In addition to this case, there are related cases in Arizona and California, all of which are brought by different plaintiffs' lawyers and are currently in front of different judges.

3. In an effort to avoid the substantial time and costs of litigation, and to spare the Court's resources to the extent possible, the parties participated in a mediation session with mediator Bennett G. Picker and in follow-up communications, where they reached a settlement in principle that will resolve all pending litigation related to the incident on a class-wide basis.

4. The parties expect that they will seek preliminary and final approval of the settlement in this Court, because multiple cases have already been consolidated here for case management purposes, TTEC is incorporated and headquartered in Colorado, a substantial part of the alleged events giving rise to plaintiffs' claims in all actions occurred in Colorado, and the incident involved TTEC employees, many of whom are located in Colorado.

---

[1] *Barocas v. TTEC Servs. Corp.*, 2:22-cv-00217-ROS (D. Ariz.); *Lett v. TTEC Servs. Corp. and Health Net, LLC*, 3:22-cv-00018-SK (N.D. Cal.).

{01012466.DOC; 1}                                2

5. The parties are in the process of preparing a Settlement Agreement embodying the settlement in principle, which will be submitted to this Court for preliminary approval and then, after notice and opportunity for objection and opt out, ultimate final approval.

6. To afford the parties time to finalize the Settlement Agreement and in the interest of efficiency and judicial economy, the parties agree that any existing deadlines and hearings be vacated, including the August 24, 2022 deadline for a Proposed Scheduling Order, the August 26, 2022 deadline for Defendant's Answer, and the August 31, 2022 scheduling conference.

7. The parties agree that they shall endeavor to finalize the Settlement Agreement and that Plaintiffs shall try to file a motion for preliminary approval by September 15, 2022. The motion for preliminary approval and Settlement Agreement will propose additional deadlines as required by Rule 23, including for class notice, an opportunity for the class members to object or opt out, and a final approval hearing.

8. Defendants have agreed to file motions to stay the related actions in California and Arizona pending this Court's preliminary approval of the Settlement Agreement.

9. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel is serving a copy of this Notice on their respective clients via email.

WHEREFORE, Plaintiffs and Defendant respectfully request the Court enter an Order: (a) granting this Notice of Settlement; (b) vacating all existing deadlines and hearings in this matter, including the August 24, 2022 deadline for a Proposed Scheduling Order, the August 26, 2022 deadline for Defendant's Answer, and the August 31, 2022 scheduling conference; and (c) allowing the Plaintiffs to file a motion for preliminary approval, which will submit the proposed Settlement Agreement to the Court.

DATED:  August 22, 2022.

| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br><br>*s/ Gregory T. Parks*<br>Gregory T. Parks, Esq.<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>(215) 963-5170<br>gregory.parks@morganlewis.com<br><br>DAVIS & CERIANI, P.C.<br><br>*s/ Valeri S. Pappas*<br>Valeri S. Pappas, #29939<br>Michael P. Murray, #44220<br>DAVIS & CERIANI, P.C.<br>1600 Stout Street, Suite 1710<br>Denver, Colorado 80202<br>Telephone: (303) 534-9000<br>vpappas@davisandceriani.com<br>mmurray@davisandceriani.com<br><br>*Attorneys for Defendant TTEC Services Corporation* | MORGAN & MORGAN<br><br>*/s/ Jean S. Martin*<br>Jean S. Martin<br>201 N. Franklin Street, 7th<br>FloorTampa, Florida 33602<br>(813) 559-4908<br>jeanmartin@ForThePeople.com<br><br>Milberg Coleman Bryson Phillips Grossman, PLLC<br><br>*Gary M. Klinger*<br>Gary M. Klinger<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Tel: 866.252.0878<br>gklinger@milberg.com<br><br>*Attorneys for Plaintiffs and the Proposed Class* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 23rd day of August, 2022, a true and correct copy of the foregoing was served via email and/or electronically via CM/ECF, addressed to the following:

Jean S. Martin and Francesca Kester
MORGAN & MORGAN
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 559-4908

Gary M. Klinger
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: 866-247-0047

Kevin Scott Hannon
Hannon Law Firm, LLC
1641 Downing Street
Denver, CO 80218
303-861-8800
861-8855 (fax)
khannon@hannonlaw.com

ATTORNEYS FOR PLAINTIFFS

                                                                       s/ _____