## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00097-PAB-NYW
     (Consolidated with Civil Action No. 22-cv-00347-NRN)

_____

Civil Action No. 22-cv-00097-PAB-NYW

YOLANDA BEASLEY,
KIMBERLY SHEARS-BARNES,
SHENEEQUA CARRINGTON, and
JOLYNN FROST, on behalf of themselves and all others similarly situated,

     Plaintiffs,

v.

TTEC SERVICES CORPORATION,

     Defendant.

_____

Civil Action No. 22-cv-00347-PAB-NYW

DAVID ANDERSON, individually and on behalf of all others similarly situated,

     Plaintiff,

v.

TTEC SERVICES CORPORATION,

     Defendant.

_____

## [PROPOSED] ORDER GRANTING NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO VACATE EXISTING DEADLINES AND HEARINGS

_____

This matter having come before the Court on the Notice of Settlement in Principle and

Motion to Vacate Existing Deadlines and Hearings:

ORDERS that the Notice of Settlement in Principle and Motion to Vacate Existing

Deadlines and Hearings is GRANTED. The Court hereby vacates all existing deadlines and

{01010312.DOC; 2}

hearings in this matter, including the August 24, 2022 deadline for a Proposed Scheduling Order, the August 26, 2022 deadline for Defendant's Answer, and the August 31, 2022 scheduling conference; and hereby allows Plaintiffs to file a Motion for Preliminary Approval of a proposed Settlement Agreement to the Court.

DATED this _____ day of _____ 2022.

BY THE COURT:

_____