# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00097-PAB-NYW
(Consolidated with Civil Action No. 22-cv-00347-NRN)

_____

Civil Action No. 22-cv-00097-PAB-NYW

YOLANDA BEASLEY,
KIMBERLY SHEARS-BARNES,
SHENEEQUA CARRINGTON, and
JOLYNN FROST, on behalf of themselves and all others similarly situated,

      Plaintiffs,

v.

TTEC SERVICES CORPORATION,

      Defendant.
_____

Civil Action No. 22-cv-00347-PAB-NYW

DAVID ANDERSON, individually and on behalf of all others similarly situated,

      Plaintiff,

v.

TTEC SERVICES CORPORATION,

      Defendant.
_____

**DECLARATION OF GARY M. KLINGER IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**
_____

-1-

I, Gary M. Klinger, being competent to testify, make the following declaration:

1. I am currently a partner of the law firm Milberg Coleman Bryson Phillips Grossman, PLLC ("Milberg" or the "Firm"). I am appointed Class Counsel for the Settlement Class and submit this declaration in support of Plaintiffs' Motion for Final Approval of Class Action Settlement. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2. The deadline for Settlement Class Members to object to the Settlement was July 24, 2023. As of this date, I have received zero objections to the Settlement Agreement, and no objections to the fee request.

3. The terms of this settlement meet or exceed the terms of a number of recent data breach settlements that were finally approved by courts. The following is a chart of recent comparable settlements:

| Case Name | Case Number | Settlement Amount | Class Size | Per Person |
|---|---|---|---|---|
| *Reynolds v. Marymount Manhattan College* | No. 1:22-cv-06846 (S.D.N.Y.) | $1,300,000 | 191,752 | $6.78 |
| *Julien v. Cash Express, LLC* | No. 2022-CV-221 (Putnam Cty., Tenn.) | $850,000 | 106,000 | $8.02 |
| *Tucker v. Marietta Area Health Care* | No. 2:22-CV-00184 (S.D. Ohio) | $1,750,000 | 216,478 | $8.08 |
| **Beasley et al. v. TTEC Services Corp.** | **No. 22-cv-00097-PAB-NYW (D. Colo.)** | **$2,500,000** | **197,000** | **$12.69** |
| *Migliaccio v. Parker Hannifin Corp.* | No. 1:22-CV-00835 (N.D. Ohio) | $1,750,000 | 115,359 | $15.17 |

-3-

4.      The 3.9% claims rate (of Class Members to whom notice was delivered) is commensurate with many other data breach settlements across the country, in cases that involve common funds and claims-made settlements. I attach a chart listing a representative sample of claims rates to this Declaration as Exhibit A.

      /s/Gary M. Klinger_____
                             Gary M. Klinger

# **<u>EXHIBIT A</u>**

Gordon, et al. v. Chipotle Mexican Grill, Inc., No. 1:17-cv-01415 (D. Colo.), ECF 103 at 1 & ECF 124 at ¶ 13
10,000,000 6,354 < 0.1%

In re Target Corp. Customer Data Security Breach Litigation, MDL No. 14-2522 (D. Minn.), ECF 615 at ¶¶ 4, 14
97,447,983 225,856 0.2%

In re The Home Depot Inc. Customer Data Security Breach Litigation, No. 1:14-md[1]02583 (N.D. Ga.), ECF 181-1 at 25 & ECF 245-1 at ¶ 3
40,000,000 127,527 0.3%

Orr v. InterContinental Hotels Grp., PLC
U.S. District Court for the Northern District of Georgia (Final Approval Granted 9/2/2020)
0.65%

Corona v. Sony Pictures Entertainment, Inc., No. 2:14-cv-9600 (C.D. Cal.), ECF 145-1 at 11 n.8 & ECF 164 at 2
435,000 3,127 0.7%

In re LinkedIn User Privacy Litig., No. 12-cv-03088-EJD (N.D. Cal.), ECF 122 at 2 & ECF 145-2 at ¶ 12
6,400,000 47,336 0.7%

Fox v. Iowa Health Sys., U.S. District Court for the Western District of Wisconsin
Case No. 3:18-cv-00327-jdp,ECF No. 101 at page 10 and 12 (showing 1,420,337 postcards sent, and only 12,028 claims made—a .084% claims rate)
(Final Approval Granted 3/4/2021)       0.84%

In re: Capital One Consumer Data Breach Litigation
MDL No. 1:19md2915 (AJT/JFA)
Doc. 2251 (Memo in Support of Final Approval), page 1 (hundreds of thousands of claims)
Class of approximately 98 millions – claims rate = >1.0% on a $190 million common fund settlement

Perdue v. Hy-Vee, Inc., U.S. District Court for the Central District of Illinois Peoria Division (Final Approval Granted 7/21/2021)
"Counsel estimated that nearly 6,000 class members filed claims"
Perdue v. Hy-Vee, Inc., 550 F. Supp. 3d 572, 574 (C.D. Ill. 2021)
Class of approx.. 5.3 million = 1.32%

In re Banner Health Data Breach
Litigation, No. 2:16-cv-2696 (D. Ariz.),
ECF 170 at 1, and ECF 195-3 at ¶ 12
2,900,000 39,091 1.3%

In re Anthem, Inc. Data Breach Litig., No.
5:15-md-02617-LHK (N.D. Cal.), ECF
1007 at 4 & ECF 1007-6 at ¶ 2
79,200,000 1,380,000 1.7%

Powers v. Filters Fast,
Case No: 3:20-cv-00982-jdp (WD WI 07/01/22) ECF 73, p 12
323,00 class members; 5,584 claims = 1.72% (after 3 rounds of email notice)

Adlouni v. UCLA Health Systems
Auxiliary, et al., BC589243 (Cal. Super.
Ct.), Wolfson Decl. ¶ 56.
4,500,000 108,736 2.4%

In re Experian Data Breach Litigation, No.
8:15-cv-01592-JLS-DFM (C.D. Cal.), ECF
286-1 at 20 & ECF 309-3 at ¶ 8.
14,931,074 436,006 2.9%