IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Civil Action No.:   22-cv-00097-PAB-STV | Date:  August 18, 2023 |
| Courtroom Deputy:  Sabrina Grimm | Court Reporter:  Erin Valenti |

| *Parties:* | *Counsel:* |
|---|---|
| YOLANDA BEASLEY, <br> KIMBERLY SHEARS-BARNES, <br> SHENEEQUA CARRINGTON, <br> and JOLYNN FROST, individually and on behalf of all others similarly situated, <br><br>       Plaintiffs, <br><br> v. <br><br> TEC SERVICES CORPORATION, <br><br>       Defendant. | Gary Klinger <br><br><br><br><br><br><br><br><br><br> Gregory Parks <br> Michael Murray |

## COURTROOM MINUTES

**FAIRNESS HEARING**

**9:02 a.m.      Court in session.**

Appearances of counsel.

There are no objectors present in court.  Discussion regarding the status of the case and pending motions.

The Court will issue a written order.

**9:11 a.m.      Court in recess.**

Hearing concluded.
Total time in court:    00:09