IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00097-PAB-STV
(Consolidated with Civil Action No. 22-cv-00347-PAB-STV)

Civil Action No. 22-cv-00097-PAB-STV

YOLANDA BEASLEY,
KIMBERLY SHEARS-BARNES,
SHENEEQUA CARRINGTON, and
JOLYNN FROST, individually and on behalf of all others similarly situated,

  Plaintiffs,

v.

TTEC SERVICES CORPORATION,

  Defendant.

Civil Action No. 22-cv-00347-PAB-STV

DAVID ANDERSON, individually and on behalf of all others similarly situated,

  Plaintiff,

v.

TTEC SERVICES CORPORATION,

  Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 54(b), the following Final Judgment is hereby entered.

2

Pursuant to the Order [Docket No. 64] of Chief United States District Judge Philip A. Brimmer entered on February 21, 2024, it is

ORDERED that Plaintiffs' Motion for Final Approval of Class Action Settlement and Memorandum in Support [Docket No. 59] is GRANTED.  It is further

ORDERED that judgment shall be entered dismissing this action with prejudice.

Dated: February 22, 2024.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ S. Grimm
    Deputy Clerk